# United States District Court
### EASTERN DISTRICT OF VIRGINIA

WARRANT FOR ARREST

UNITED STATES OF AMERICA

v.

Kevin Demetrius Minor

29272-016
08-163-M-01

CASE NUMBER : R2007039

**FILED**
MAR 0 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **Kevin Demetrius Minor** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__Indictment __Information __Complaint __Order of Court __Violation Notice _X_Probation Violation Petition __Supervised Release Petition

charging him or her with (brief description of offense)

Violation of Probation - See Attached Petition

In Violation of Title __18__ United States Code, Section(s) __3565__

**Judith Lanham**
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

**Deputy Clerk**
Title of Issuing Officer

9-26-2007
**401 Courthouse Square Alexandria, VA 22314**
Date and Location

Bail fixed at $_____   by_____

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 3/4/08 | | |
| Date of Arrest | Jessica Schwartz, DUSM | _[signature]_ Jessica Schwartz |
| 3/4/08 | | |

UNITED STATES DISTRICT COURT
for
EASTERN DISTRICT OF VIRGINIA

08-163-M-01

**FILED**

MAR 0 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. Kevin Demetrius Minor       Docket No. R2007039

Petition on Probation

COMES NOW Daniellia B. Gilliam, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Kevin Demetrius Minor, who was placed on supervision by the Honorable Theresa Carroll Buchanan sitting in the Court at Alexandria, Virginia, on the 16th day of March, 2007, who fixed the period of supervision at 1 year, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

See Page 2

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
See Attachment(s)

PRAYING THAT THE COURT WILL ORDER a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

Bond Recommendation: No recommendation.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 26th day of September, 2007 and ordered filed and made a part of the records in the above case. | Executed on 9/19/07 |
| /s/ Theresa Carroll Buchanan<br>The Hon. Theresa Carroll Buchanan<br>United States Magistrate Judge | /s/ Daniellia B. Gilliam<br>Daniellia B. Gilliam<br>U.S. Probation Officer<br><br>Place Manassas, Virginia |

TO CLERK'S OFFICE

Petition on Probation
Page 2
RE: MINOR, Kevin Demetrius


OFFENSE: Driving Under the Influence, in violation of Title 32, C.F.R., Section 234.17(c)(1).

SENTENCE: 1 year supervised probation with the following special conditions:

1. The defendant shall not operate a motor vehicle for any reason without a valid license. If the defendant has a valid license, commencing March 16, 2007, and continuing for 1 year the defendant shall not operate a motor vehicle except to and from work, or as an incident of employment, to and from probation, this court, and an alcohol education program which the defendant shall enter and successfully complete at the direction of the probation officer.
2. The defendant shall pay a fine in the amount of $150, assessment of $10 and processing fee of $25 due and payable within 120 days.
3. Supervision shall be transferred to the District of Columbia and the alcohol education program shall be in the District of Columbia.

In April 2007, supervision was forwarded to the U.S. Probation Office in the District of Columbia where Mr. Minor resides.

ADJUSTMENT TO SUPERVISION: On July 3, 2007, a Violation Report with No Court Action Recommended was submitted to Your Honor alleging Mr. Minor had violated the conditions of supervision. Specifically, it was alleged on June 5, 2007, Mr. Minor submitted a urine specimen which tested positive for marijuana and phencyclidine. It was further alleged on June 8th and 11th, 2007, Mr. Minor submitted urine specimens which tested positive for phencyclidine. It was recommended that no action be taken at that time to allow Mr. Minor the benefit of substance abuse treatment. Your Honor approved this recommendation, however, Your Honor noted that if any further violations occurred, a petition should be prepared and the defendant would receive jail time.

On July 16, 2007, Your Honor approved Mr. Minor's motion allowing an additional 30 days, until September 16, 2007, to pay fine and fees

On July 20, 2007, a Petition on Probation was submitted to Your Honor alleging submitted urine specimens June 27th and July 9th, 2007, which tested positive for phencyclidine. On July 23, 2007, Your Honor executed the petition issuing a warrant for Mr. Minor's arrest.

On August 1, 2007, an Addendum to the Petition on Probation was submitted alleging Mr. Minor had violated the conditions of probation. Specifically, it was alleged on June 8, 2007, Mr. Minor was arrested in Washington, D.C.,

Petition on Probation
Page 3
RE: MINOR, Kevin Demetrius

and charged with Uniform Controlled Substance Abuse, Distribution of Cocaine, failed to notify the probation officer within 72 hours of the arrest, was issued a citation for No Permit and Altered Registration, and submitted a urine specimen on July 19, 2007, which tested positive for phencyclidine.

On July 31, 2007, Mr. Minor self-surrendered and an initial appearance was held. At that time, he was remanded until the violation hearing scheduled for August 2, 2007. On August 2, 2007, Mr. Minor admitted the allegations as contained in the Petition on Probation and was ordered remanded to the custody of the U.S. Bureau of Prisons for a period of 5 days with credit for time served.

Mr. Minor continues to be supervised by U.S. Probation Officer Patricia Boyd from the District of Columbia. Additionally, he is participating in drug treatment twice per week and is required to submit to weekly random urine specimens. On September 18, 2007, correspondence was received from Officer Boyd alleging Mr. Minor violated the following conditions of probation.

VIOLATIONS: The following violations are submitted for the Court's consideration.

CONDITION 7:                      USE OF PHENCYCLIDINE

On August 29th and September 12th, 2007, Mr. Minor submitted urine specimens which tested positive for phencyclidine.

SPECIAL CONDITION:        THE DEFENDANT SHALL PARTICIPATE IN SUBSTANCE ABUSE TESTING AND TREATMENT AT THE DIRECTION OF THE PROBATION OFFICER

On September 14, 2007, Mr. Minor failed to attend substance abuse treatment.

SPECIAL CONDITION:        THE DEFENDANT SHALL PAY A FINE IN THE AMOUNT OF $150, $10 SPECIAL ASSESSMENT FEE AND $25 PROCESSING FEE BY SEPTEMBER 16, 2007

At the time of sentencing, Mr. Minor was ordered to pay the fine and fees within 120 days, or July 16, 2007. However, on a Motion of the Defendant, Your Honor granted Mr. Minor an extension to satisfy the financial obligations by September 16, 2007.

As of this writing, the fine and fees remain unpaid.

DBG/lmc

Petition on Probation
Page 4
RE: MINOR, Kevin Demetrius

Name: Kevin Demetrius Minor
Case Number: R2007039

CONFIDENTIAL
Offender's Personal Information

DOB:                              FBI NO.:
SSN:                              REG. NO.:   None
SEX:         Male                 RACE:       Black/Non-Hispanic
ADDRESS:

PHONE: