Rev 1/07

**FILED**
APR - 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Return Copy

**Clerk's Office**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Nancy Mayer-Whittington, Clerk
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3000

Date: 03/27/08

Address of Other Court: USDC Eastern District of Virginia
Criminal Division
401 Courthouse Square
Alexandria, VA 22314

RE: CR 08-MJ-163, USA v. Minor

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above-named defendant:

| | | | |
|---|---|---|---|
| ☑ | Docket Sheet | ☑ | Warrant of Removal |
| ☐ | Complaint | ☐ | Order of Removal |
| ☐ | Minute Order Appointing Counsel | ☐ | Detention Order |
| ☐ | Corporate Surety Bond | ☑ | Waiver of Removal |
| ☐ | Personal Surety Bond | | |
| ☑ | Other: Blotter Filed on 3/4/08 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,
NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk